# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PAN ASIA SOLAR LIMITED,

      Plaintiff

SIERRA TRADING SERVICES, INC.

      Defendant.

C.A.No.

NON-ARBITRATION

TRIAL BY JURY OF TWELVE

## DEFENDANT'S NOTICE OF REMOVAL

**NOW COMES** Defendant, Sierra Trading Services, Inc., by and through counsel, who, pursuant to 28 U.S.C. §§ 1332 and 1446, removes this action to the United States District Court for the District of Delaware.   In support of this notice Defendant states the following:

1.  Plaintiff filed its Complaint, C.A.No. 08C-01-033 JOH , in the Superior Court of the State of Delaware in and for New Castle County.

2.  There is diversity of citizenship. Plaintiff is a British Virgin Islands company, a citizen of a foreign state and Defendant is a citizen of Delaware and a Delaware corporation.

3.  Defendant first received notice of the suit on January 23rd, 2008. A responsive pleading has not been filed in the Superior Court.

4.  The amount in controversy exceeds $75,000, exclusive of costs and interest, which was certified by the Plaintiff's attorney as in excess of $100,000.

5.  This action may be, and is being, removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1446 and this Court has jurisdiction over it.

6. A copy of this notice is being filed with the Prothonotary, Clerk of the Superior Court in and for New Castle County.

**WHEREFORE**, Defendant requests that this action be removed to the District Court for the District of Delaware.

Respectfully submitted,

RICHARD R. WIER, JR.P.A.

Richard R. Wier, Jr. ( # 716)
Michele D. Allen ( # 4359)
Two Mill Rd, Suite 200
Wilmington, DE 19806
302-888-3222
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

PAN ASIA SOLAR LIMITED,

        Plaintiff

SIERRA TRADING SERVICES, INC.

        Defendant.

C.A.No.

NON-ARBITRATION

TRIAL BY JURY OF TWELVE

**CERTIFICATE OF SERVICE**

I certify that on this *8th* Day of   February, 2008 a copy of the attached Notice of

Removal was served BY HAND on:

    Edward M. McNally (#614)
    MORRIS JAMES LLP
    500 Delaware Avenue
    Wilmington, DE 19801

                       **RICHARD R. WIER, JR. P.A.**

                       Richard R. Wier, Jr. ( #716)
                       Michele D. Allen (# 4359)
                       Two Mill Road, Suite 200
                       Wilmington, DE 19806
                       302-888-3222

EFiled: Jan 7 2008 4:07PM EST
Transaction ID 17925134
Case No. 08C-01-033 JOH

# EXHIBIT A

**THIS PROCUREMENT SERVICES AGREEMENT** (this "Agreement") is made the 6th day of September, 2007

**BETWEEN:**

**Pan Asia Solar  Limited**, a company duly incorporated under the law of the British Virgin Islands with registered address at  P.O. Box 957, Offshore Incorporations Centre, Road Town, Tortola, British Virgin Islands (the "Customer");

And

**Sierra Trading Services Inc**, a company duly incorporated under the laws of the United States of America with registered address at Nasman's Building 206, 3501 Silverside Road, Wilmington Delaware (the "Procurement Agency").

**NOW IT IS HEREBY AGREED** as follows:

A.S , J.W

1.    **PROCUREMENT**

1.1    The Procurement Agency agrees to provide, and the Customer agrees to purchase, a completed contract adhering to the specifications listed in Appendix 1 of this Agreement (the "Wafers") subject to the terms and conditions of this Agreement.

1.2    The terms and conditions of this Agreement shall apply to the total exclusion of any other terms and conditions.

2.    **PRICES**

2.1    The Customer shall pay to the Procurement Agency a total price (the "Total Purchase Price") of $125,000 for the service of providing the completed sales contract of the Wafers.

2.2    The Total Purchase Price shall include:

(a)    The completed sales contract, agreed upon and signed by both the supplier of the silicon wafers and the Customer

(b)    Introduction to the supplier of the silicon wafers

**3.**  **PAYMENT AND PAYMENT TERMS**

3.1  All the payments under this Agreement shall be made in US currency by the Customer to the Procurement Agency's designated bank account in accordance with this Article.

3.2  <u>Retainer upon Execution</u>.  Within [3] Business Days upon the execution this Agreement, the Buyer shall pay to the Seller by wire transfer 30% of the Total Purchase Price, which is equal to US$ 37,500 to be used as a retainer against services performed by Procurement Agency.

3.3  <u>Payment upon Contract Delivery</u>.  Customer agrees to pay the remaining 70% balance which is equal to $87,500.00 within 3 business days to Procurement Agency following the physical delivery by fax or email of the agreed upon supply contract signed by the supplier of the wafers. Both Customer and the supplier of the wafers must agree upon terms before the contract is deemed delivered. The Draft contract which has been sent by Procurement Agency is considered agreed upon. The final signed contract by the wafer Supplier shall also be considered acceptable if containing the same verbiage as the previously agreed upon draft. Additions to be included are wafer origin and location for any arbitration.

3.4  The bank account designated by the Procurement Agency is as follows:

Bank Name: M&T Bank
Bank Address: One M&T Plaza Buffalo New York
Beneficiary: Sierra Trading Services, Inc

A.S, JW

3.5  Any change in the bank and/or account number of the Procurement Agency shall be notified in writing to the Customer by the Procurement Agency 15 days prior to the Buyer's payment pursuant to this Agreement.

3.6  If the Customer fails to make any payment on or before the due date, without prejudice to any other right or remedy available to the Procurement Agency, the Procurement Agency shall be entitled to:

(a)  Terminate this Agreement;

(b)  Sell the contract to another party

3.7   If the Procurement Agency fails to make the introduction to the supplier of the Wafers or provide to the Customer the completed agreement on or before the due date, without prejudice to any other right or remedy available to the Customer, the Customer shall be entitled to:

  (a)   Terminate this Agreement;

  (b)   Receive full refund of the Retainer as indicated by clause 3.2 of this agreement

3.8   Pursuant to the Draft and Final signed contract between Supplier and Customer, should the test wafers provided to Customer from Supplier not meet the technical specifications outlined in the or if are found unsuitable for processing by Customer, without prejudice to any other right or remedy available to the Customer, the Customer shall be entitled to:

  (a)   Terminate this Agreement and cancel/terminate the wafer supply contract that was supplied by the Procurement Agency.

  (b)   Receive full refund of the Retainer from Procurement Agency as indicated by clause 3.2 of this agreement within 3 business days of such finding

  (c)   Receive full refund of the remaining portion of the fee from Procurement Agency as indicated by clause 3.3 of this agreement within 3 business days of such finding

A.S. , JW

4.   **APPLICABLE LAW**

4.1   This Agreement shall be governed by and construed in all respects in accordance with the laws of the United States of America and the parties hereto hereby irrevocably submit to the non-exclusive jurisdiction of the courts of the United States of America.

AS WITNESS the hands of authorised representatives of the Procurement Agent and
Customer the day and year first above written.

SIGNED by Anton Szpitalak, Director of and for and on behalf
of Pan Asia Solar Ltd

_Anton Szpitalak_

SIGNED by John Ward , Director of and for and on behalf
of Sierra Trading Services Inc

_John Ward_

A.S. , JW

APPENDIX 1 -

## TECHNICAL SPECIFICATIONS OF CONTRACT

**Commodity & Description:**
1. Prime wafers: Type: P
2. Dimension:125+/-0.5mm
3. Diagonal:150+/-0.5mm
4. Thickness:200+/-20µm
5. Resistivity:0.5 ~ 3.0 ohm cm
6. Lifetime: >/= 10µs
7. Saw mark:<20µm
8. Dopant: Boron
9. Oxygen:$1*10^{18}$atoms/cm$^3$
10. Carbon: $5*10^{16}$atoms/cm$^3$
11. Square-side angles: 90°
12. Crystal Orientation :Mono: 100±1.0°
13. TTV < 30µm

A.S ; JW

**Quantity**

300,000. (three hundred thousand) wafers per month delivered from October 2007 to December 2009.

**Price**

The sample test quantity shall be between 32,000 to 50,000 wafers priced at $5.70 / wafer. The regular contract quantities of 300,000 shall be priced at $5.60 / wafer with price reviews according to the market every 6 months.

EFiled: Jan 7 2008 4:07PM EST
Transaction ID 17925134
Case No. 08C-01-033 JOH

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| PAN ASIA SOLAR LIMITED, | ) | C.A. No. 08 C-01-033 JoH |
| | ) | |
| Plaintiff, | ) | NON-ARBITRATION CASE |
| v. | ) | |
| | ) | |
| SIERRA TRADING SERVICES INC. | ) | TRIAL BY JURY OF TWELVE |
| | ) | DEMANDED |
| Defendant. | ) | |

**CERTIFICATE OF VALUE**

I, Katherine J. Neikirk, attorney for Plaintiff, hereby certify pursuant to Superior Court Civil Rule 16.1 that in good faith, at this time, in my opinion the sum of damages of plaintiff is in excess of One Hundred Thousand Dollars ($100,000.00) exclusive of costs and interest.

MORRIS JAMES LLP

Edward M. McNally (#614)
Katherine J. Neikirk (#4129)
500 Delaware Avenue
P.O. Box 2306
Wilmington, Delaware 19899
(302) 888-6800
Attorneys for Plaintiff
Pan Asia Solar Limited

January 7, 2008

1648264

EFiled: Jan 7 2008 4:07PM EST
Transaction ID 17925134
Case No. 08C-01-033 JOH

IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| PAN ASIA SOLAR LIMITED, | ) | |
| | ) | C.A. No.  08C - 01 - 033  JOH |
| Plaintiff, | ) | |
| v. | ) | NON-ARBITRATION CASE |
| | ) | |
| SIERRA TRADING SERVICES INC. | ) | TRIAL BY JURY OF TWELVE |
| | ) | DEMANDED |
| Defendant. | ) | |
| | ) | |

## COMPLAINT

1.     This dispute arises from breach of a procurement services agreement by Defendant.  Plaintiff seeks the return of funds it is entitled to under the agreement.

**The Parties**

2.     Plaintiff Pan Asia Solar Limited ("Pan Asia"), a British Virgin Islands company, is a solar energy solution provider.

3.     Defendant Sierra Trading Services Inc. ("Sierra"), a Delaware corporation, is a procurement agency.

**The Dispute**

4.     On or about September 6, 2007, Pan Asia and Sierra executed the Procurement Services Agreement ("Agreement") (attached as Exhibit A).  Pursuant to the Agreement, Sierra agreed to provide a completed contract for silicon wafers adhering to the specifications listed in Appendix 1 to the Agreement in exchange for $125,000. (Agreement § 2.1.)

5.     If the test wafers did not meet these specifications or were found unsuitable for processing by Pan Asia, then Pan Asia was entitled to terminate the agreement and to obtain a full refund.  (Agreement § 3.8.)

6.     As required by the Agreement, Pan Asia paid $37,500 to Sierra as a retainer. After Sierra disclosed the supplier, Microsys International ("Microsys"), Pan Asia paid the remaining $87,500 to Sierra.

7.     Pan Asia then established a relationship with Microsys and paid Microsys a deposit for a test wafer contract. Microsys was supposed to deliver test wafers to Pan Asia on or about November 1, 2007, but was unable to do so and eventually admitted that it could not deliver the test wafers. Microsys returned the deposit to Pan Asia.

8.     As a result of Microsys's failure to deliver test wafers meeting the technical specifications of Appendix 1 to the Agreement, Pan Asia was entitled to a full refund of the $125,000 it paid Sierra. (Agreement § 3.8.) Despite repeated requests for this refund, Sierra has failed to return Pan Asia's money.

9.     Section 3.8 of the Agreement does not limit any other rights or remedies available to Pan Asia and Sierra is responsible for any damages Pan Asia incurs as a result of Sierra's failure to provide a completed contract.

### FIRST CAUSE OF ACTON
### (Breach of Contract)

10.     The allegations of paragraphs 1-10 are incorporated herein.

11     The Agreement constitutes a valid contract between Pan Asia and Sierra.

12.     Sierra has breached the Agreement by failing to return $125,000 to Pan Asia.

13.     By reason of the foregoing, Pan Asia has been damaged and is entitled to an award of $125,000 in damages or such as other amount as may be determined at trial.

WHEREFORE, Pan Asia prays for the entry of a judgment against Sierra;

1    the total amount of $125,000, or such other amount as may be proved at trial;

2.    the costs incurred in prosecuting this action, including reasonable attorneys' fees; and

3.    such other relief, including pre-judgment and post-judgment interest, as the Court may deem just and proper.

MORRIS JAMES LLP

Edward M. McNally (#614)
Katherine J. Neikirk (#4129)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899
(302) 888-6800
Attorneys for Plaintiff Pan Asia Solar Ltd.

Dated: January 7, 2008

1647108                    3

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

PAN ASIA SOLAR LIMITED

**DEFENDANTS**

SIERRA TRADING SERVICES, INC.

**(b)** County of Residence of First Listed Plaintiff   Foreign
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   KENT CNTY DEL.
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Morris James LLP
Edward McNally (#614)
500 DE AVE WILM DE 19801

Attorneys (If Known)

Richard R. Wier, Sr. PA
Richard R. Wier, Jr. (716)
Two Mill Rd # 200
Wilm DE 19806

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☒ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☒ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC §§ 1446, 1332

Brief description of cause:
Removal of diversity case seeking refund of contract monies

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE   2/8/08

SIGNATURE OF ATTORNEY OF RECORD   Richard R. Wier

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse (Rev. 12/07)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.**     **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**     **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.**     **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**     **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**     **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.**     **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**         Example:     U.S. Civil Statute: 47 USC 553
                                                                            Brief Description: Unauthorized reception of cable service

**VII.**     **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**     **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ - 0 8 - 8 6 _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

2/11/2008
(Date forms issued)

_____
(Signature of Party or their Representative)

William Hopkins
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action