IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAN ASIA SOLAR LIMITED, )<br>)<br>Plaintiff-Counterclaim Defendant, )<br>)<br>v. )<br>)<br>SIERRA TRADING SERVICES INC., )<br>)<br>Defendant-Counterclaim Plaintiff. ) | C.A. No. 08-CV-00086 GMS |

### REPLY TO COUNTERCLAIM

Plaintiff Counterclaim-Defendant Pan Asia Solar Limited ("Pan Asia") responds as follows to the counterclaim of Sierra Trading Services Inc. ("Sierra"):

1. Admitted that Sierra has asserted a counterclaim against Pan Asia for breach of contract and breach of the covenant of good faith and fair dealing. The remaining allegations of paragraph 1 are denied.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted that the allegations of Paragraph 5 purport to characterize the Wafer Supply Contract, which is a document that speaks for itself and to which Pan Asia respectfully refers the Court for its content. Pan Asia denies the allegations in paragraph 5 to the extent they are inconsistent with the terms of the Wafer Supply Contract.

6. Paragraph 6 states legal conclusions to which no response is required. To the extent a response is required, denied.

7.     Admitted that the allegations in the first sentence of paragraph 7 purport to characterize the Procurement Services Contract, which is a document that speaks for itself and to which Pan Asia respectfully refers the Court for its content. The remaining allegations of paragraph 7 are denied.

8.     Paragraph 8 states legal conclusions to which no response is required. To the extent a response is required, denied.

9.     Denied.

10.    Paragraph 10 states legal conclusions to which no response is required. To the extent a response is required, denied.

11.    Paragraph 11 states legal conclusions to which no response is required. To the extent a response is required, denied.

12.    Denied as stated. Admitted that Microsys could not supply wafers meeting the specifications of the Wafer Supply Contract.

13.    Paragraph 13 states legal conclusions to which no response is required. To the extent a response is required, denied.

14.    Paragraph 14 states legal conclusions to which no response is required. To the extent a response is required, denied.

15.    Paragraph 15 states legal conclusions to which no response is required. To the extent a response is required, denied.

**Count One**
**(Breach of Contract)**

16.    Pan Asia hereby incorporates its responses to Paragraphs 1-16 as if fully set forth herein.

17. Denied as stated. Admitted that Sierra and Pan Asia executed the Procurement Services Contract, which is a document that speaks for itself and to which Pan Asia respectfully refers the Court for its content. Pan Asia denies the allegations in paragraph 17 to the extent they are inconsistent with the terms of the Procurement Services Contract.

18. Paragraph 18 states legal conclusions to which no response is required. To the extent a response is required, denied.

19. Denied as stated. Admitted that the allegations of paragraph 19 purport to characterize the Wafer Supply Contract, which is a document that speaks for itself and to which Pan Asia respectfully refers the Court for its content. Pan Asia denies the allegations in paragraph 19 to the extent they are inconsistent with the terms of the Wafer Supply Contract.

20. Paragraph 20 states legal conclusions to which no response is required. To the extent a response is required, denied.

**Count Two**
**(Breach of the Covenant of Good Faith and Fair Dealing)**

21. Pan Asia hereby incorporates its responses to Paragraphs 1-21 as if fully set forth herein.

22. Paragraph 22 states legal conclusions to which no response is required. To the extent a response is required, denied.

23. Paragraph 23 states legal conclusions to which no response is required. To the extent a response is required, denied.

24. Paragraph 24 states legal conclusions to which no response is required. To the extent a response is required, denied.

25. Paragraph 25 states legal conclusions to which no response is required. To the extent a response is required, denied.

26. Paragraph 26 states legal conclusions to which no response is required. To the extent a response is required, denied.

27. Paragraph 27 states legal conclusions to which no response is required. To the extent a response is required, denied.

### ADDITIONAL DEFENSES

Without admitting or acknowledging that Pan Asia bears any burden of proof as to any of them, Pan Asia asserts the following additional defenses. Pan Asia hereby reserves the right to amend its reply to assert additional defenses that become available or apparent during the course of this litigation.

### First Additional Defense

Sierra fails to state a claim upon which relief may be granted.

### Second Additional Defense

Section 1.2 of the Procurement Services Agreement provides its terms and conditions "apply to the total exclusion of any other terms and conditions."

### Third Additional Defense

Sierra materially breached the Procurement Services Agreement.

### Fourth Additional Defense

Sierra's claims are barred by the doctrine of unclean hands and its own misconduct.

### Fifth Additional Defense

Sierra's claims are barred by the doctrine of waiver.

### Sixth Additional Defense

Sierra's claims are barred by the doctrine of estoppel.

### Seventh Additional Defense

Sierra's claims are barred by the doctrine of laches.

### Eighth Additional Defense

Sierra's claims are barred by the doctrine of acquiescence.

### Ninth Additional Defense

Sierra's claims are barred by the implied covenant of good faith and fair dealing and other principles of contract interpretation.

### Tenth Additional Defense

Sierra will be unjustly enriched if it is permitted to retain Pan Asia's money.

### Eleventh Additional Defense

The Procurement Services Contract and Wafer Supply Contract are separate contracts.

### Twelfth Additional Defense

The Procurement Services Contract contains no arbitration agreement and the parties are not required to arbitrate their dispute.

WHEREFORE, Pan Asia respectfully prays for an order;

1. Dismissing Sierra's claims;
2. The costs incurred in this action, including reasonable attorneys' fees;
3. For judgment in favor of Pan Asia; and
4. Such other relief as the Court may deem just and proper.

        MORRIS JAMES LLP

        */s/ Katherine J. Neikirk*
        Edward M. McNally (#614)
        Katherine J. Neikirk (#4129)
        500 Delaware Avenue, Suite 1500
        P.O. Box 2306
        Wilmington, Delaware 19899
        (302) 888-6800
        Attorneys for Plaintiff Pan Asia Solar Ltd.

Dated: March 14, 2008