IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAN ASIA SOLAR LIMITED, | ) | |
| | ) | |
| Plaintiff-Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-CV-00086 GMS |
| | ) | |
| SIERRA TRADING SERVICES INC., | ) | |
| | ) | |
| Defendant-Counterclaim Plaintiff. | ) | |

**CORPORATE DISCLOSURE STATEMENT
<u>PURSUANT TO RULE 7.1 OF PAN ASIA SOLAR LIMITED</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Pan Asia Solar Limited states that it does not have a parent corporation and that no publicly held corporation owns any of its stock.

MORRIS JAMES LLP

<u>/s/ *Katherine J. Neikirk*</u>
Edward M. McNally (#614)
Katherine J. Neikirk (#4129)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899
(302) 888-6800
Attorneys for Plaintiff Pan Asia Solar Ltd.

Dated: June 9, 2008

1808564