IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAN ASIA SOLAR LIMITED, ) | |
| ) | |
| Plaintiff-Counterclaim Defendant, ) | |
| ) | |
| v. ) | C.A. No. 08-CV-00086 GMS |
| ) | |
| SIERRA TRADING SERVICES INC., ) | |
| ) | |
| Defendant-Counterclaim Plaintiff. ) | |

## NOTICE OF SERVICE

I, Katherine J. Neikirk, hereby certify that on the 9th day of June 2008, copies of Plaintiff Pan Asia Solar Limited's Rule 26(a)(1) Initial Disclosures were served upon the following counsel via e-mail and first class mail:

Richard R. Wier, Jr., Esquire
Michelle D. Allen, Esquire
Richard R. Wier, Jr., P.A.
Two Mill Rd., Suite 200
Wilmington, DE 19806

MORRIS JAMES LLP

/s/ *Katherine J. Neikirk*
Edward M. McNally (#614)
Katherine J. Neikirk (#4129)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899
(302) 888-6800
Attorneys for Plaintiff Pan Asia Solar Limited

Dated: June 9, 2008

1817858/1