IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAN ASIA SOLAR LIMITED, ) | |
| ) | |
| Plaintiff-Counterclaim Defendant, ) | |
| ) | |
| v. ) | C.A. No. 08-CV-00086 GMS |
| ) | |
| SIERRA TRADING SERVICES INC., ) | |
| ) | |
| Defendant-Counterclaim Plaintiff. ) | |

## NOTICE OF SERVICE

I, Michele D. Allen, hereby certify that on the 10th day of June 2008, copies of Defendant Sierra Trading Services Inc.'s Rule 26(a)(1) Initial Disclosures were served upon the following counsel via e-mail and first class mail:

Edward M. McNally
Katherine J. Neikirk
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899
(302) 888-6800


RICHARD R. WIER, JR P.A.


/s/ *Michele D. Allen*
Richard R. Wier, Jr.
Michele D. Allen
Two Mill Road Suite 200
Wilmington, DE 19806

Dated: June 10, 2008