# Morris James LLP

Katherine J. Neikirk
302.888.6808
kneikirk@morrisjames.com

June 12, 2008

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:   *Pan Asia Solar Limited v. Sierra Trading Service Inc.*,
      C.A. No. 08-CV-00086 GMS

Dear Judge Sleet:

On behalf of Plaintiff-Counterclaim Defendant Pan Asia Solar Limited ("Pan Asia"), please find enclosed a copy of a proposed scheduling order reflecting dates proposed by Pan Asia for the above-referenced matter. If Your Honor has any questions regarding the enclosed order, please let me know.

Respectfully submitted,

*/s/ Katherine J. Neikirk*

Katherine J. Neikirk (#4129)
kneikirk@morrisjames.com

KJN/lsw
Enclosure
cc:   District Court (via e-filing)
      Richard R. Wier, Jr., Esq. (via e-filing)
      Michelle D. Allen, Esq. (via e-filing)

1819940

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAN ASIA SOLAR LIMITED, | ) |
| Plaintiff-Counterclaim Defendant, | ) ) ) |
| v. | ) C.A. No. 08-CV-00086 GMS |
| SIERRA TRADING SERVICES INC., | ) ) ) |
| Defendant-Counterclaim Plaintiff. | ) |

## RULE 16 [PROPOSED] SCHEDULING ORDER

This _____ day of _____ 2008, the Court having conducted a Rule 16 Scheduling Conference pursuant to Local Rule 16.2(b) on _____ 2008 and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation or binding arbitration;

IT IS ORDERED that:

1. **Rule 26(a) Initial Disclosures.** The parties shall make their initial disclosures pursuant to Federal Rules of Civil Procedure 26(a) on or before June 9, 2008.

2. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before June 23, 2008.

3. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before September 30, 2008.

   a. <u>Discovery and Scheduling Matters.</u> Should counsel find they are unable to resolve a discovery or scheduling matter, the parties involved in the discovery matter(s) shall contact chambers at (302) 573-4571 to schedule a telephone conference. Not less than forty-

eight (48) hours prior to the conference, the party seeking relief shall file with the Court, via electronic means (CM/ECF), a **joint, non-argumentative** letter agenda not to exceed two (2) pages outlining the issue(s) in dispute. A sample letter can be located on this court's website at www.ded.uscourts.gov. After the parties have had three (3) discovery teleconferences, they will be required to file a joint letter showing good cause why the court should permit a fourth discovery teleconference. Should the court find further briefing necessary upon conclusion of the telephone conference, unless otherwise directed, the party seeking relief shall file with the court a **TWO PAGE LETTER**, exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES**. The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of the service of the answering letter.

      b. <u>Depositions</u>. Each party shall not take more than two (2) depositions, without leave of the court or mutual agreement of the parties.

      4. **Confidential Information and Papers filed under Seal.** Should counsel find it will be necessary to apply to the Court for a protective order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a proposed form of order and submit it to the court within twenty (20) days from the date of this order. When filing papers under seal, counsel shall deliver to the Clerk an original and two copies of the papers. If, after making a diligent effort, the parties are unable to agree on the contents of the joint, proposed protective order, then they shall follow the dispute resolution process outline in paragraph 3(a).

5. **Settlement Conference.** Pursuant to 28 U.S.C. §636, this matter is referred to a United States Magistrate for the purpose of exploring the possibility of a settlement. If the parties agree that the possibility of settlement may be enhanced by such a referral, the parties shall contact the assigned United States Magistrate Judge to schedule a settlement conference with counsel and the clients.

6. **Case Dispositive Motions.** All case dispositive motions and an opening brief and affidavits, if any, in support of the motion shall be served and filed on or before October 31, 2008. Briefing will be presented pursuant to the court's Local Rules, **with the following exception with regard to page limits:** unless otherwise approved by the court, no opening or answering brief shall exceed 20 pages, and no reply brief shall exceed 10 pages, in each instance exclusive of any table of contents or table of citations. The parties may agree on an alternative briefing scheduling. Any such agreement shall be in writing and filed with the Court for the Court's approval. Any request for extensions of time as set forth in this Scheduling Order **must** be accompanied by an explanation or the request will be denied.

7. **Applications by Motion.** Except as provided in this Scheduling Order or for matters relating to scheduling, any application to the Court shall be by written motion filed, via electronic means (CM/ECF). Unless otherwise requested by the Court, counsel shall not deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

8. **Oral Argument.** If the Court believes that oral argument is necessary, the Court will schedule a hearing pursuant to District of Delaware Local Rule 7.1.4.

9. **Pretrial Conference.** On _____, beginning at ___ __.m., the Court will hold a Pretrial Conference in Chambers with counsel. Unless otherwise ordered by the Court,

the parties should assume that filing the Joint Pretrial Order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). A sample form of Pretrial Order can be located on this court's website at www.ded.uscourts.gov. Thirty (30) days before the Joint Proposed Pretrial Order is due, plaintiff's counsel shall forward to defendant's counsel a draft of the pretrial order containing the information plaintiff proposes to include in the draft. Defendant's counsel shall, in turn, provide to plaintiffs counsel any comments on the plaintiff's draft, as well as the information defendant proposes to include in the proposed pretrial order. **Motions in *limine*:** Motions *in limine* shall not be separately filed. All *in limine* requests and responses shall be set forth in the proposed pretrial order. Each party shall be limited to five *in limine* requests, unless otherwise permitted by the Court. The motion and response thereto shall contain the authorities relied upon, and no single *in limine* request shall have more than five pages of argument associated with it. No separate briefing shall be submitted on *in limine* requests, unless otherwise permitted by the Court. The parties shall file with the court the **joint** proposed final pretrial order with the information required by the form of Final Pretrial Order which can be located on this court's website at www.ded.uscourts.gov on or before _____.

10.    **Trial.** This matter is scheduled for a 2 day trial beginning at 9:00 a.m. on _____.

11.    **Scheduling:** The parties shall contact chambers, at (302) 573-4571, only in situations where scheduling relief is sought, and only then when ALL participating counsel is on the line for purposes of selecting a new date.

_____
UNITED STATES DISTRICT JUDGE