IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAN ASIA SOLAR LIMITED, ) | |
| ) | |
| Plaintiff-Counterclaim Defendant, ) | |
| ) | |
| v. ) | C.A. No. 08-CV-00086 GMS |
| ) | |
| SIERRA TRADING SERVICES INC., ) | |
| ) | |
| Defendant-Counterclaim Plaintiff. ) | |

## NOTICE OF SERVICE

I, Katherine J. Neikirk, hereby certify that on the 13th day of June, 2008, copies of Plaintiff Pan Asia Solar Limited's First Set of Interrogatories Directed to Defendant Sierra Trading Services, Inc. and Plaintiff Pan Asia Solar Limited's First Requests for Production of Documents Directed to Defendant Sierra Trading Services, Inc. were served upon the following counsel via e-mail:

> Richard R. Wier, Jr., Esquire
> Michelle D. Allen, Esquire
> Richard R. Wier, Jr., P.A.
> Two Mill Rd., Suite 200
> Wilmington, DE  19806

>> MORRIS JAMES LLP
>>
>> /s/ Katherine J. Neikirk
>> Edward M. McNally (#614)
>> Katherine J. Neikirk (#4129)
>> 500 Delaware Avenue, Suite 1500
>> P.O. Box 2306
>> Wilmington, Delaware  19899
>> (302) 888-6800
>> Attorneys for Plaintiff Pan Asia Solar Limited

Dated: June 13, 2008

1821131/1