IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAN ASIA SOLAR LIMITED, )<br>)<br>Plaintiff-Counterclaim Defendant, )<br>)<br>v. )<br>)<br>SIERRA TRADING SERVICES INC., )<br>)<br>Defendant-Counterclaim Plaintiff. ) | C.A. No. 08-CV-00086 GMS |

### NOTICE OF SERVICE

I hereby certify that on the 17th day of July 2008 that I served the Defendant's Responses to Plaintiff's First Set of Interrogatories and First Request for the Production of Documents, with attachments, by first-class mail on:

Katherine J. Neikirk
Morris J. James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899

**RICHARD R. WIER, JR., P.A.**

 /s/ Michele D. Allen
Richard R. Wier, Jr. (#716)
Michele D. Allen (4359)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222